DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIAN OVED,**
Appellant,

v.

**MATTHEW KLEIN,**
Appellee.

No. 4D22-1856

[July 13, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lauren Burke, Judge; L.T. Case No. 502022DR000067.

Troy Beecher (withdrew after filing briefs), Maura F. Krause, Allison P. Barkett, and Dustin C. Blumenthal of Goldberg Segalla, LLP, Orlando, and for appellant.

Robert D. Malove of Robert David Malove, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***